IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

STEVEN M. WIRTH                                                    PLAINTIFF

VS.                                                CAUSE NO. 07-CV-2038 D/P

CON-LINK TRANSPORTATION COMPANY,
RANDY L. CAGLE, and KIMBERLY CAGLE                                DEFENDANTS

### FRCP RULE 41 VOLUNTARY DISMISSAL WITH PREJUDICE

COME NOW the Pro Se Plaintiff, Steven M. Wirth, and Defendants Con-Link Transportation Company, Randy L. Cagle, and Kimberly Cagle, pursuant to Rule 41 of the Federal Rules of Civil Procedure, and file this Rule 41 Voluntary Dismissal with Prejudice, as all claims against all Defendants in this matter have been fully and finally settled and concluded. Therefore, Plaintiff hereby dismisses all claims against Defendants Con-Link Transportation Company, Randy L. Cagle, and Kimberly L. Cagle, in all their individual and representative capacities, with prejudice as to all claims. All costs of this action shall be taxed to the Defendants.

Respectfully Submitted this the 21 day of May, 2007.

PLAINTIFF STEVEN M. WIRTH

Steven M. Wirth, Pro Se
P.O. Box 951
508 Highland Dr.
White House, Tennessee 37188
615.672.2122

1

CON-LINK TRANSPORTATION CO., RANDY L. CAGLE, KIMBERLY CAGLE

_____
JOHN T. MOSES, TN Bar No. 22951
MARKOW WALKER, P.A.
265 N. Lamar Blvd., Ste. I
Post Office Drawer 50
Oxford, Mississippi 38655
Telephone: (662) 234-9899
Fax: (662) 234-9762
jmoses@markowwalker.net

## CERTIFICATE OF SERVICE

I, John T. Moses, hereby certify that a true and correct copy of the above and foregoing was forwarded via electronic delivery pursuant to FRCP Rule 5 on this day to:

floridarecovery@aol.com
Steven M. Wirth, *Pro Se*
P.O. Box 951
White House, Tennessee 37188

This the 21st day of May, 2007.

_____
John T. Moses

2